Bobbie Jean Davis
P O Box 23295
Phoenix, Az 85063
623-344-9747



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bobbie Jean Davis,<br><br>          Plaintiff,<br><br>v.<br><br>Merchants Information Solutions, Inc.,<br><br><br><br>          Defendant. | CASE NUMBER:   CV-16-159-PHX-DJH<br><br><br><br>**COMPLAINT** |

### Jurisdiction

This court has jurisdiction over this matter pursuant to Violation of Title 15 U.S.C. 1681(c) Federal Credit Reporting Act Civil Liability for negligent non compliance 1681 (o) (a)(b) §§ Title 15 U.S.C 1681(c) 1681(o) (a)(b). The plaintiff is a resident of Phoenix, Maricopa County, Arizona and a citizen of the United States. The defendant, Merchants Information Solutions, Inc., is a resident of Phoenix, Arizona and a citizen of the United States. The cause of action arose in the Phoenix division.

1

## Complaint

On November 24, 2015 Merchants Information Solutions, Inc conducted, assembled, and evaluated a criminal background check on consumer Bobbie Davis, using a third party vendor S2 verify under the Federal Credit Reporting Act, Title 15 U.S.C subchapter III, Consumer Credit Protection, for the purpose of providing this consumer information to an individual for Housing. Merchants Information Solutions, Inc acting as a Consumer Reporting Agency

Merchants reported criminal background arrest records on consumer Bobbie Davis dating back to 1990, anedating the report by more than seven (7) years Title 15 U.S.C. 1681(c). Merchants Information Solutions, Inc violated the laws as outlined in Title 15 U.S.C 1681(c) resulting in negligent non compliance.

Acting as a Consumer Reporting Agency under the Federal Credit Reporting Act, Merchants Information Solutions, Inc reporting information not permissible by law anedating seven (7) years from the date of the report. Reporting this information influenced the decisions of individuals at Housing authorities, Agencies denying Ms. Davis the opportunity to obtain housing resulting in Homelessness. Merchants Information Solutions, Inc and third party vendor S2 Verify through their Instant Patriot Search Criminal Profile, reported consumer information on an alias Barbara Davis, Mound Bayou Mississippi on the report and record of Bobbie Davis. Reporting this additional false information, directly affected, attacked, damaged the character, integrity and trustworthiness of Bobbie Davis.

## Demand

Consumer Bobbie Davis is seeking relief for damages under Title 15 U.S.C subchapter III, 1681 (o) (a)(b) civil liability for negligent non compliance.. **Damages: $500,000.**

Consumer Bobbie Davis was refused housing for the past 5 years. Ms. Davis suffered 3 strokes as a direct result of Merchants Information Solutions, Inc and third party vendor S2 Verify. Ms Davis was denied employment opportunities due this negligence, character assassination and obstruction of Justice. .

Dated: 1·25·16

_____
Signature of Pro Se Plaintiff
Bobbie Jean Davis
P O Box 23295
Phoenix, Az 85063
623-344-9747